**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-2400**

_____

THOMAS JEROME NEAL,

        Plaintiff - Appellant,

    v.

GREEN FORD, LLC,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:17-cv-00569-TDS-LPA)

_____

Submitted:  April 4, 2019                                        Decided:  April 8, 2019

_____

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas Jerome Neal, Appellant Pro Se.  Rachel Scott Decker, Kenneth Ralph Keller, CARRUTHERS & ROTH, PA, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Jerome Neal appeals the district court's order granting summary judgment to his former employer. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Neal v. Green Ford, LLC*, No. 1:17-cv-00569-TDS-LPA (M.D.N.C. Nov. 15, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*